# United States District Court
# for the Southern District of Georgia
# Waycross Division

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | CR517-12 |
|  | ) |  |
| CHRISTOPHER WELLS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Before the Court is Christopher Wells' ("Wells") *pro se* "Motion to Transfer Facilities," dkt. no. 607. Per this Court's Local Rules, "Absent prior leave of Court, a defendant represented by counsel may not file a motion, brief, or other paper *pro se*, except for a motion for the appointment of new counsel or a motion to proceed *pro se*." Loc. Crim. R. 44.2. Accordingly, because Wells is represented by counsel, the Court **DENIES** his motion, dkt. no. 607.

SO ORDERED this ____ day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA