# In the United States District Court for the Southern District of Georgia Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 9:41 am, Aug 19, 2020*

UNITED STATES OF AMERICA,

   v.

CHRISTOPHER WELLS,

   Defendant.

CR 517-012-8

### ORDER

Based upon the motion of defense counsel, Daveniya E. Fisher, and for good cause shown, counsel's motion is **GRANTED** from today through September 1, 2020.

**SO ORDERED**, this 19th day of August, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA